IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TIFFANY CARTER,               )
as mother and next friend     )
of T.C., a minor,             )
                              )
     Plaintiff,               )
                              )          CIVIL ACTION NO.
     v.                       )            2:23cv225-MHT
                              )              (WO)
ZAXBY'S RIVER REGION          )
PAYROLL, LLC,                 )
                              )
     Defendant.               )
                              )

ORDER AND *PRO AMI* JUDGMENT

For the reasons discussed in the court's memorandum opinion in the instant case, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The joint petition for *pro ami* hearing and settlement approval (Doc. 1) is denied in part, to the extent it seeks a *pro ami* hearing (for the parties and the court agreed affidavits could be considered in lieu of a hearing); and it is granted in part, to the degree it seeks approval of the proposed settlement agreement (subject to changes by the court).  Thus, the proposed

settlement agreement (Doc. 13-3 at 4-11) is approved with the modifications set forth in this opinion.

(2) Defendant Zaxby's River Region Payroll, LLC, shall pay, and plaintiff Tiffany Carter, as mother and next friend of T.C., a minor, agrees to accept on T.C.'s behalf, the total sum set forth in the parties' settlement agreement and release (Doc. 13-3 at 4-11) as an absolute and full compromise settlement of all claims asserted, including for attorneys' fees and costs of any accrued during legal representation commencing with the administrative proceedings before the Equal Employment Opportunity Commission and continuing through consummation of the settlement agreement ending this litigation.

(3) Upon receipt by all payees of the full sum provided for in the settlement agreement and release (Doc. 13-3 at 4-11), plaintiff Carter, as mother and next friend of T.C., a minor, shall file with the court, <u>by no later than June 30, 2023</u>, a notice of satisfaction of the *pro ami* judgment confirming both (i) the satisfaction

2

of payment as described in the settlement agreement and (ii) that the case can be dismissed, which the court will construe as a motion to dismiss and terminate with prejudice as to all parties.

It is further ORDERED that, pursuant to the agreement of the parties, which this court has approved, no costs are taxed.

This case is not closed, and the court retains jurisdiction to resolve any issues regarding the settlement.

DONE, this the 19th day of May, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE