IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TIFFANY CARTER,                )
as mother and next friend      )
of T.C., a minor,              )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       2:23cv225-MHT
                               )           (WO)
                               )
ZAXBY'S RIVER REGION           )
PAYROLL, LLC,                  )
                               )
    Defendant.                 )
                               )
```

**FINAL JUDGMENT**

Upon consideration of plaintiff's notice of satisfaction of pro ami judgment (Doc. 17), which the court construes as a motion to dismiss the case, it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, and this cause is dismissed in its entirety with prejudice and with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of June, 2023.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**